UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRAVEUS LEVON DILWORTH,                    )
                          Plaintiff,          )
                                              )        No. 1:22-cv-111
-v-                                           )
                                              )        Honorable Paul L. Maloney
AUSTIN DIEKEVERS, *et al.*,                    )
                          Defendants.         )
_____      )

## JUDGMENT

Because Plaintiff failed to diligently prosecute his claims and because he failed to comply with a Court order, the Court dismissed the lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    February 2, 2023                        /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge